UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO. 16-01351C |
| MARVIN J. PASKER, | |
| PAMELA J. PASKER, | TRUSTEE'S MOTION |
| | TO DISMISS |
| Debtors. | |

COMES NOW the Chapter 13 trustee and states to the Court:

1. The confirmed plan states that the debtors are to make payments of $1,000.00 each month for forty-one (41) months, then $1,310.76 for nineteen (19) months, beginning November 20, 2016, plus disposable income.

2. Through June 2017, the trustee should have received at least $8,000.00. To date, the trustee has received $6,000.00, leaving a delinquency of **$2,000.00.** Another **$1,000.00** will be due by the hearing date of this Motion for the July payment.

3. On June 14, 2017 an Order was entered for the Turnover of debtors' 2016 State and Federal tax returns and any tax refunds. To date, the trustee has not received the requested tax returns or tax refunds, if any.

WHEREFORE, the Chapter 13 trustee recommends that, pursuant to 11 U.S.C. Section 1307(c), the case be dismissed.

DATED: July 10, 2017

/s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 13 Trustee
531 Commercial Street, Suite 500
Waterloo, IA 50701
Telephone: (319) 233-6327
Fax: (319) 233-0346