UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE THE MATTER OF ) | |
| ) | Bankruptcy No. 16-01351 |
| Marvin J. Pasker ) | |
| Pamela J. Pasker ) | |
| ) | Chapter 13 |
| ) | |
| Debtors. ) | |

MOTION FOR WITHDRAWAL OF COUNSEL

COMES NOW, Rachel A.D. Marquardt, of Lynch Law Office, PLLC., in support of the Motion for Withdrawal of Counsel for Creditor University of Iowa Community Credit Union states to the Court as follows:

1. Attorney Rachel A.D. Marquardt seeks to withdraw from this matter.

2. The withdrawal of Attorney Rachel A.D. Marquardt will not adversely affect Creditor's interests.

3. Attorney Christopher Pech has appeared as the new attorney for UICCU in this matter.

4. Upon entry by the Court of an Order for Withdrawal, the undersigned withdraws from representation of Creditor.

WHEREFORE the undersigned respectfully requests the Court grant this Motion for Withdrawal of Counsel.

LYNCH LAW OFFICE, P.L.L.C,

By /s/ Rachel A.D. Marquardt
Rachel A.D. Marquardt # AT0011925

2346 Mormon Trek Blvd Suite 2700
P.O. Box 1757
Iowa City, Iowa 52244-1757
(319) 351-1056 (TELEPHONE)
(319) 338-6834 (FAX)

rachel@lynchlawyers.net (EMAIL)<br>
ATTORNEY FOR<br>
UNIVERSITY OF IOWA COMMUNITY CREDIT UNION

Cc:  United States Trustee
United States Federal Courthouse
111 7th Ave SE, Box 17
Cedar Rapids, Iowa 52401

Carol Dunbar
531 Commercial Street Ste 500
Waterloo, Iowa, 50701

Steven G. Klesner
1927 Keokuk Street
PO Box 3400
Iowa City, IA 52244

Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the above-named persons by electronic mail or by enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Iowa City, Iowa. I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2017

/s/ Rachel A.D. Marquardt