UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| | BANKRUPTCY NO.  16-01351C |
| MARVIN J. PASKER, | |
| PAMELA J. PASKER | TRUSTEE'S STATUS REPORT |
| Debtors. | REGARDING PLAN CONFIRMATION |

COMES NOW the Chapter 13 trustee and states to the Court:

1.  According to the August 3, 2017 Plan Confirmation Proceeding Memo and Order, debtor was given until September 3, 2017 to be completely current in plan payments or the trustee was to notify the Court.

3.  The trustee reports that, as of September 18, 2017, debtors' proposed plan payments remain delinquent.  Debtors have paid $6,000.00, which leaves a delinquency of **$4,000.00** through the end of August 2017.

/s/ Carol F. Dunbar
Carol F. Dunbar, #1682
Chapter 13 Trustee
531 Commercial Street, Suite 500
Waterloo, IA 50701
Telephone (319) 233-6327
Fax (319) 233-0346

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon the following persons at the address indicated:

| | | |
|---|---|---|
| Daniel M. McDermott | Steven G. Klesner | Marvin J. Pasker |
| United States Trustee | Attorney at Law | Pamela J. Pasker |
| 225 Second St SE, Ste 400 | PO Box 3400 | 245 Heritage Drive |
| Cedar Rapids, IA 52401 | Iowa City, IA  52244 | North Liberty, IA 52317 |

by electronic mail through the Court's CM/ECF system, or by enclosing the same in an envelope with postage fully paid, and by depositing said envelope in a United States Postal Service depository in Waterloo, Iowa.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2017            _____